FILED
5/26/2015 6:14:11 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

CAUSE NO. 2007-CI-06301

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| TANYA CAROLINA DE LA GARZA, | § | 225TH JUDICIAL DISTRICT |
| ANA PRISCILLA DE LA GARZA, AND | § | |
| PAOLA SOFIA DE LA GARZA | § | |
| | § | |
| CHILDREN | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/27/2015 9:40:24 AM
KEITH E. HOTTLE
Clerk

## RESPONDENT'S NOTICE OF APPEAL

TO THE HONORABLE COURT:

Respondent, RICARDO DE LA GARZA, in the above-referenced cause, gives notice of intent to appeal the District Court's Order entitled Order Holding Respondent, Ricardo De La Garza, in Contempt of Court of February 11, 2015. This appeal is taken to the Fourth Court of Appeals in San Antonio, Texas.

Respectfully submitted,

JEAN BROWN FAMILY LAW
222 East Main Plaza, Second Floor
San Antonio, Texas 78205-2717
Tel: (210) 354-2662
Fax: (210) 354-2602

By: _____
Jean S. Brown
State Bar No. 03138850
Leigh R. Cutter
State Bar No. 24085965
leigh@jeanbrownfamilylaw.com

RESPONDENT'S NOTICE OF APPEAL

Page 1 of 2

## CERTIFICATE OF SERVICE
### Cause No: 2007-CI-06301

I hereby certify that a copy of the foregoing **Notice of Appeal** was served this the 26th

day of May 2015, in accordance with Rule 21a, Tex. R. Civ. P. upon the following person(s):

HIGDON, HARDY & ZUFLACHT, LLP
Harold C. Zuflacht
12000 Huebner Road, Suite 200
San Antonio, Texas 78230-1210
Tel: (210) 349-9933
Fax: (210) 349-9988
haroldzuflacht@hhzlaw.com
Attorney for TANYA SADA

_____
Leigh R. Cutter